## No. 3579.

### JOHN SPALDING v. J. J. KREIDER et als.

This is a suit against the defendants, Mayor and Aldermen of the city of Jefferson, for damages resulting from the infliction of a wound on plaintiff by a mob of rioters composed, in part at least, of the police of the city of Jefferson officially appointed by defendants;

Held—That as it is not alleged that defendants were present, aiding, abetting the so called rioters, or that they, or either of them, inflicted the wound, which is the basis of plaintiff's claim, there is no cause of action.

APPEAL from the Eighth District Court, parish of Orleans. *Dibble,* J. *F. N. Butler. W. H. Rogers,* for plaintiff and appellant. *Fellows & Mills,* for defendant and appellee.

MORGAN, J. Defendants were respectively, Mayor and Aldermen of the city of Jefferson. Acting in their official capacities they appointed, as is alleged, several persons on the police of that city.

There was a question whether the city of Jefferson was under the police jurisdiction of the Metropolitan Police. The Metropolitans attempted to assert their rights. It is alleged that these were opposed by a certain mob composed, in part at least, of the police of the city of Jefferson. A riot ensued. Plaintiff was on the Metropolitan side, and was wounded. He sues the defendants for $50,000 damages. As it was not alleged that they were present aiding and abetting the so called rioters, or that they or either of them inflicted the wound which is the basis of plaintiff's claim, we agree with the district judge that the petition sets forth no cause of action.

Judgment affirmed.